# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-1011

———————————————

Terese Marie Meadows

*Plaintiff - Appellant*

v.

Donald Anderson, Dr., McPherson Unit, ADC; Bobbie Allison, Nurse, McPherson Unit, ADC; Corizon, Inc., formerly known as Correctional Medical Services

*Defendants - Appellees*

Linda Dixon, Major, McPherson Unit, ADC

*Defendant*

Brenda Tetrick, R.N., McPherson Unit, ADC; Jennifer Simmons, L.P.N., McPherson Unit, ADC

*Defendants - Appellees*

Earnest Winkle, Lt., McPherson Unit, ADC; James Hooper, Sgt., McPherson Unit, ADC

*Defendant*s

————————

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

————————

Submitted: November 30, 2015
Filed: December 9, 2015
[Unpublished]

————————

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Inmate Terese Marie Meadows appeals the district court's[1] adverse grant of summary judgment in her action under 42 U.S.C. § 1983. Based on de novo review of the record, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (summary judgment standard of review), we agree with the district court that as to the claims Meadows is pursuing on appeal, there were no issues for a jury to decide, see Fourte v. Faulkner County, Ark., 746 F.3d 384, 387 (8th Cir. 2014) (to establish deliberate indifference requires showing defendants knew of, but deliberately disregarded, objectively serious medical need; deliberate indifference requires more than even gross negligence); Nelson v. Shuffman, 603 F.3d 439, 449 (8th Cir. 2010) (inmate's mere difference of opinion over matters of expert medical judgment or course of medical treatment do not amount to constitutional violation); Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir. 2008) (deliberate indifference is akin to criminal recklessness). The judgment of the district court is affirmed.

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.